```
1  Joseph H. Harrington
2  Acting United States Attorney
   Eastern District of Washington
3  Ann T. Wick
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767
7
```

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 2 6 2021

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLYCIA ANNE SILK,<br><br>Defendant. | 2:21-CR-67-SAB<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 1708<br>Theft of Mail<br>(Count 1)<br><br>18 U.S.C. § 500<br>Unlawful Presentment of<br>Money Order<br>(Count 2)<br><br>18 U.S.C. § 981(a)(1)(C), 28<br>U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

Beginning on or about January 4, 2021, and continuing until on or about February 25, 2021, in the Eastern District of Washington, the Defendant, OLYCIA ANNE SILK, did steal and take from a post office letters and mail matters, to wit approximately 120 pieces of mail and packages addressed to individuals other than the Defendant, all in violation of 18 U.S.C. § 1708.

INDICTMENT – 1

## COUNT 2

On or about February 1, 2021, in the Eastern District of Washington, the Defendant, OLYCIA ANNE SILK, with intent to defraud, did knowingly pass and utter to Money Tree as true and genuine, an unlawfully forged and materially altered money order, to-wit: a United States Postal Service money order bearing number 27097962614, provided and issued by and under the direction of the United States Postal Service, with the payee altered to reflect the Defendant, OLYCIA ANNE SILK's name rather than the true payee's name, then well knowing the true payee had been altered, all in violation of 18 U.S.C. § 500.

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated herein by this reference for the purpose of alleging forfeiture.

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of the offense, Theft of Mail, in violation of 18 U.S.C. § 1708, as alleged in Count 1 of this Indictment, and/or upon conviction of the offense, Unlawful Presentment of Money Order, in violation of 18 U.S.C. § 500, as alleged in Count 2 of this Indictment, the Defendant OLYCIA ANNE SILK, shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to the offense(s), all pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

If any of the property described above, as the result of any act or omission of the Defendant:

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred or sold to, or deposited with, a third party;

(c)   has been placed beyond the jurisdiction of the court;

(d)   has been substantially diminished in value; or

INDICTMENT – 2

    (e)    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

    Pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c) upon conviction of an offense in violation of 18 U.S.C. § 500, Defendant OLYCIA ANNE SILK, shall forfeit to the United States of America all counterfeits of any coins or obligations or other securities of the United States or of any foreign government; any articles, devices, and other things made, possessed, or used in violation of 18 U.S.C. § 472; and, any material or apparatus used or fitted, or intended to be used, in the making of such counterfeits, articles, devices, or things, found in the possession of the Defendant without proper authority.

    If any of the property described above, as a result of any act or omission of the Defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty,

//
//
//
//
//
//
//

INDICTMENT – 3

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c). All pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c).

DATED this 26th day of May, 2021.

Foreperson

*Joseph H. Harrington*
Acting United States Attorney

*Ann T. Wick*
Assistant United States Attorney

INDICTMENT – 4