# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 16, 2022**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Silk, Olycia Anne | Docket No. | 0980 2:21CR00067-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Olycia Anne Silk, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton, sitting in the Court at Yakima, Washington, on the 25th day of January 2022, under the following conditions:

**Special Condition # 5:** Defendant shall reside at the Spokane Regional Stabilization Center pending her evaluation and/or transport to a different treatment facility. If Defendant leaves the Spokane Regional Stabilization Center or any other treatment facility, or is terminated from treatment, the treatment facility personnel shall immediately notify the United States Probation/Pretrial Services Office, who shall immediately notify the undersigned.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation # 4:** It is alleged that Ms. Silk violated the terms of her pretrial release by leaving the Spokane Regional Stabilization Center (SRSC) on or about February 15, 2022, against medical advice.

On January 25, 2022, Ms. Silk appeared before U.S. Magistrate Judge Hutton and was ordered to be released from the Spokane County Jail on January 26, 2022, to the SRSC on conditions of pretrial release, including special condition number 5.

On February 15, 2022, collateral contact with a staff member at the SRSC informed the undersigned that Ms. Silk departed their facility in the early morning hours of February 15, 2022, against medical advice. Ms. Silk's scheduled completion date was set for March 3, 2022. As of this writing, Ms. Silk has failed to contact the undersigned and her current whereabouts are unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on: February 15, 2022 |
| by | s/Jonathan C. Bot |
|   | Jonathan C. Bot<br>U.S. Pretrial Services Officer |

PS-8
Re: Silk, Olycia Anne
February 15, 2022
Page 2

THE COURT ORDERS

[ ]   No Action
[ xx ] The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ xx ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ xx ] Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

02/16/2022