# UNITED STATES DISTRICT COURT
### for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2025

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Silk, Olycia Anne | Docket No. | 0980 2:21CR00067-SAB-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Olycia Anne Silk, who was placed under a 24-month pretrial diversion agreement by the Honorable Stanley A. Bastian, Chief United States Judge, sitting in the Court at Spokane, Washington, on the 21st day of April 2022, under the following conditions:

**Condition #1:** Defendant shall not possess, control, consume and/or use any illegal controlled substances, including marijuana.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 17, 2022, U.S. Probation Officer Jon Bot reviewed the conditions of the pretrial diversion agreement with Ms. Silk. Ms. Silk acknowledged an understanding of the conditions of the diversion agreement at that time.

On July 14, 2023, the undersigned officer again reviewed the conditions of the pretrial diversion agreement with Ms. Silk. Additionally, the undersigned officer verbally advised Ms. Silk that she was ordered to pay $1,263.08 in restitution, which was stipulated by the parties and accepted by the Court after a hearing that occurred on January 26, 2023 (CM/ECF No. 83). Ms. Silk acknowledged an understanding of her conditions of the diversion agreement at that time.

**Violation #4:** Olycia Anne Silk is alleged to have violated the conditions of her pretrial diversion agreement by admitting to smoking methamphetamine and fentanyl on April 4 and 10, 2025.

On April 10, 2025, Ms. Silk reported to the U.S. Probation Office and met with the undersigned officer. During that meeting, Ms. Silk admitted she smoked methamphetamine and fentanyl on April 4 and 10, 2025. Subsequently, Ms. Silk signed a substance abuse admission form acknowledging her use of those substances.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT AND MODIFY THE CONDITIONS OF RELEASE

|   |   |   |
|---|---|---|
|   |   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   |   | Executed on:   April 22, 2025 |
|   | by | s/Erik B. Carlson |
|   |   | Erik B. Carlson
U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

4/23/2025
Date