# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2025

SEAN F. MCAVOY, CLERK

U.S.A. vs.        Silk, Olycia Anne                Docket No.        0980 2:21CR00067-SAB-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Olycia Anne Silk, who was placed under a 24-month pretrial diversion agreement by the Honorable Stanley A. Bastian, Chief United States Judge, sitting in the Court at Spokane, Washington, on the 21st day of April 2022, under the following conditions:

**Condition #1:** Defendant shall not possess, control, consume and/or use any illegal controlled substances, including marijuana.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 17, 2022, U.S. Probation Officer Jon Bot reviewed the conditions of the pretrial diversion agreement with Ms. Silk. Ms. Silk acknowledged an understanding of the conditions of the diversion agreement at that time.

On July 14, 2023, the undersigned officer again reviewed the conditions of the pretrial diversion agreement with Ms. Silk. Additionally, the undersigned officer verbally advised Ms. Silk that she was ordered to pay $1,263.08 in restitution, which was stipulated by the parties and accepted by the Court after a hearing that occurred on January 26, 2023 (CM/ECF No. 83). Ms. Silk acknowledged an understanding of her conditions of the diversion agreement at that time.

**Violation #5:** Olycia Anne Silk is alleged to have violated the conditions of her pretrial diversion agreement by admitting to ingesting marijuana, with her last time being on or about April 26, 2025.

On April 30, 2025, the undersigned officer was notified by Alcohol Drug Education Prevention & Treatment, Inc. (ADEPT) in Colville, Washington, that Ms. Silk submitted to urinalysis testing during the intake process to enter substance abuse treatment services at that agency on April 21 and 22, 2025. ADEPT advised that both urine samples tested positive for the presence of marijuana.

Upon receiving that information on April 30, 2025, the undersigned officer contacted Ms. Silk and confronted her on her use of marijuana. Ms. Silk admitted she last smoked marijuana 3 or 4 days prior, which would be approximately April 26, 2025.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   May 2, 2025 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
Re: Silk, Olycia Anne
May 2, 2025
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

5/5/2025
_____
Date