# UNITED STATES DISTRICT COURT
### for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 22, 2025

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Silk, Olycia Anne | Docket No. | 0980 2:21CR00067-SAB-1 |

## Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Olycia Anne Silk, who was placed under a 24-month pretrial diversion agreement by the Honorable Stanley A. Bastian, Chief United States Judge, sitting in the Court at Spokane, Washington, on the 21st day of April 2022, under the following conditions:

**Condition #1:** Defendant shall not possess, control, consume and/or use any illegal controlled substances, including marijuana.

**Additional Condition #1 (ECF No. 108):** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 17, 2022, U.S. Probation Officer Jon Bot reviewed the conditions of Ms. Silk's pretrial diversion agreement with the defendant. Ms. Silk acknowledged an understanding of the conditions of the diversion agreement at that time.

On July 14, 2023, the undersigned officer again reviewed the conditions of the pretrial diversion agreement with Ms. Silk. Additionally, the undersigned officer verbally advised Ms. Silk that she was ordered to pay $1,263.08 in restitution, which was stipulated by the parties and accepted by the Court after a hearing that occurred on January 26, 2023 (CM/ECF No. 83). Ms. Silk acknowledged an understanding of her conditions of the diversion agreement at that time.

On or about April 23, 2025, the undersigned officer submitted a signed consent to modify conditions of release (ECF No. 108), in which Ms. Silk and defense counsel agreed to additional conditions of the pretrial release/diversion agreement. The Court approved the aforementioned modification agreement on April 23, 2025.

**Violation #6:** Olyica Anne Silk is alleged to have violated the conditions of her pretrial diversion agreement by testing positive for the presence of marijuana on May 6, 2025.

On April 21, 2025, Ms. Silk was admitted into intensive outpatient substance use disorder treatment (IOP) at Alcohol Drug Education Prevention & Treatment, Inc. (ADEPT) in Colville, Washington. As a part of IOP services at ADEPT, Ms. Silk is required to submit to random drug testing with a vendor (Drug Scan) contracted through that agency.

According to an incident report provided by ADEPT, on May 6, 2025, Ms. Silk submitted to random drug testing at ADEPT with Drug Scan. On May 12, 2025, ADEPT received confirmation the aforementioned urine specimen tested positive for the presence of marijuana.

**Violation #7:** Olycia Anne Silk is alleged to have violated the conditions of her pretrial diversion agreement by testing positive for the presence of methamphetamine, amphetamine, marijuana and fentanyl on May 13, 2025.

On April 21, 2025, Ms. Silk was admitted into intensive outpatient substance use disorder treatment (IOP) at Alcohol Drug Education Prevention & Treatment, Inc. (ADEPT) in Colville, Washington. As a part of IOP services at ADEPT, Ms. Silk is required to submit to random drug testing with a vendor (Drug Scan) contracted through that agency.

According to an incident report provided by ADEPT, on May 13, 2025, Ms. Silk submitted to random drug testing at ADEPT with Drug Scan. On May 19, 2025, ADEPT received confirmation the aforementioned urine specimen tested positive for the presence of methamphetamine, amphetamine, marijuana and fentanyl.

On May 20, 2025, the undersigned officer confronted Ms. Silk regarding the above-noted test results. Ms. Silk denied using methamphetamine or fentanyl at that time. She also denied using marijuana since April 2025, which was previously reported to the Court.

**Violation #8:** Olycia Anne Silk is alleged to have violated the conditions of her pretrial diversion agreement by failing to submit to random drug testing at Alcohol Education Prevention & Treatment, Inc. (ADEPT) on May 15, 2025.

On April 28, 2025, the undersigned officer referred Ms. Silk to the U.S. Probation Office's (USPO) phase urinalysis testing program that is currently contracted through ADEPT in Coville, Washington. Starting on April 29, 2025, Ms. Silk was instructed to call ADEPT on a daily basis to verify the requirement to submit to random drug testing.

On May 15, 2025, Ms. Silk reported to ADEPT for substance use disorder treatment services and was advised by staff that she was required to submit to random drug testing for the USPO drug testing program. Ms. Silk was given approximately 90 minutes to provide a sample for drug testing, but was unable to do so.

PRAYING THAT THE COURT WILL ORDER A WARRANT AND INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: May 21, 2025 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

5/21/2025

Date