# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 08, 2025

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Silk, Olycia Anne | Docket No. | 0980 2:21CR00067-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Corey M McCain, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Olycia Anne Silk, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Yakima, Washington, on the 23rd day of April 2025, under the following conditions:

**Condition #16:** Prohibited Substance Testing: If random urinalysis testing is not done through the treatment program, random urinalysis testing shall be conducted through pretrial services and shall not exceed (6) tests per month. Defendant shall submit to any method of testing required by pretrial services office for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** On July 14, 2021, and May 7, 2025, a U.S. probation officer reviewed the pretrial release conditions with Ms. Silk. She signed her release conditions acknowledging an understanding. On April 23, 2025, Ms. Silk consented to have her conditions of pretrial release modified.

It is alleged Ms. Silk is in violation of her conditions of supervised release for consuming marijuana on or around September 23, 2025.

On September 23, 2025, Ms. Silk provided a urinalysis test at Alcohol Drug Education Prevention and Treatment (ADEPT) that resulted in a positive test for the presence of marijuana.

**Violation #2:** Ms. Silk is alleged to be in violation of her conditions of supervised release by failing to appear for random urinalysis testing on September 15, and 19, 2025.

On September 15, 2025, Ms. Silk's color for random urinalysis testing was called, requiring her to report to ADEPT and provide a urinalysis test. Ms. Silk failed to appear as directed.

On September 23, 2025, the undersigned officer was notified by ADEPT that Ms. Silk also failed to appear for random urinalysis testing on September 19, 2025.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: October 8, 2025 |
| by | s/Corey M McCain |
|  | Corey M McCain<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

- [X] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

_Alexander C. Ekstrom_

Signature of Judicial Officer

10/8/2025

Date