ECF No 159

PROB 12C
(6/16)

Report Date: January 5, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Olycia Anne Silk                     Case Number: 0980 2:21CR00067-SAB-1

Address of Offender: ███████████████ Colville, Washington 99114

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 13, 2025

Original Offense:        Theft of Mail, 18 U.S.C. § 1708

Original Sentence:       Prison - 220 days            Type of Supervision: Supervised Release
                         TSR - 24 months

Asst. U.S. Attorney:     Ann Wick                     Date Supervision Commenced: November 13, 2025

Defense Attorney:        Amy H. Rubin                 Date Supervision Expires: November 12, 2027

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on December 10, 2025.

On November 24, 2025, the conditions of supervision were reviewed with Ms. Silk and she signed her judgment acknowledging an understanding of her conditions of supervision.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 4 | **Special Condition # 9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged Ms. Silk is in violation of her conditions of supervised release by consuming methamphetamine and fentanyl on or around  December 16, 2025.

Ms. Silk submitted to urinalysis testing at the U.S. Probation Office on December 22, 2025. The urine sample returned presumptive positive for methamphetamine and fentanyl.  Ms. Silk admitted to the use of methamphetamine and fentanyl and signed an admission form, admitting to the use of said illicit drugs on December 16, 2025.

In addition, Ms. Silk provided a urinalysis test at Alcohol Drug Education Prevention and Treatment (Adept) in Colville, Washington, on December 16, 2025.  That urinalysis test returned from the contract laboratory positive for methamphetamine and fentanyl.

Prob12C

**Re: Silk, Olycia Anne**
**January 5, 2026**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 5, 2026
_____

Corey M. McCain
_____

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

1/6/2026
_____
Date