PROB 12C
(6/16)

Report Date: July 29, 2026

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 29, 2026

SEAN F. MCAVOY, CLERK

ECF No. 180

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Olycia Anne Silk | | Case Number: 0980 2:21CR00067-SAB-1 |
| Address of Offender: [redacted] Colville, Washington 99114 | | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | | |
| Date of Original Sentence: November 13, 2025 | | |
| Original Offense: | Theft of Mail, 18 U.S.C. § 1708 | |
| Original Sentence: | Prison - 220 days;<br>TSR - 24 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>(March 19, 2026) | Prison - 24 days:<br>TSR - 34 months | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: March 19, 2026 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: January 18, 2029 |

---

## PETITIONING THE COURT

To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged Ms. Silk violated her conditions of supervised release by ingesting a controlled substance, methamphetamine and/or fentanyl, on the following dates: July 4, 17, 22, and 26, 2026.

On July 29, 2026, the undersigned officer received an incident report from Alcohol Drug Education Prevention and Treatment (ADEPT) in Colville, Washington. The incident report documented several positive urinalysis tests and/or admissions of use of methamphetamine and fentanyl.

Ms. Silk admitted to her counselor prior to attending treatment services that she had consumed methamphetamine on or around July 4, 2026.

On July 27, 2026, Ms. Silk met with her counselor at ADEPT to discuss a urinalysis test that was submitted on July 17, 2026, that returned positive for methamphetamine and fentanyl. Ms. Silk denied the intentional use of fentanyl, however, she admitted to multiple episodes of methamphetamine use.

On July 22, 2026, Ms. Silk admitted to smoking methamphetamine with a friend, after submitting to a urinalysis test.

Ms. Silk also admitted to smoking methamphetamine on July 26, 2026, after finding a meth pipe that was left in her apartment. She submitted to urinalysis testing at ADEPT on July 27, 2026, that returned presumptive positive for fentanyl also.

2 **Special Condition # 8:** You must not enter or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged Ms. Silk violated her conditions of supervised release by consuming alcohol on or around July 4, 2026.

Per an incident report provided to the undersigned officer by Ms. Silk's drug and alcohol counselor at ADEPT, she admitted to consuming alcohol on or around July 4, 2026.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/29/2026

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Stan Bastian

Signature of Judicial Officer

7/29/2026

Date